IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR196 |
| | ) | |
| v. | ) | |
| | ) | |
| COREY J. OJEDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk of the District Court on September 27, 2007, has received an undated letter signed by Corey Ojeda requesting a copy of the transcript of the sentencing hearing, the Judgment and Commitment Order and the Plea Agreement in Case Number 8:01CR196. An Application To Proceed In Forma Pauperis was enclosed with the letter. The letter received on September 27, 2007, has been filed as a Motion for Copies, filing 34, and the Application To Proceed In Forma Pauperis has been filed as filing 35.

IT IS ORDERED that:

1. the Application to Proceed In Forma Pauperis, filing 35, is granted;

2. the Motion for Copies, filing 34, is granted;

3. a transcript of the sentencing hearing conducted on February 22, 2002, in the above-captioned case shall be prepared and filed. Payment for the transcript to be paid by the United States Courts;

4. the court reporter shall notify the clerk's office when the transcript of the sentencing hearing conducted on February 22, 2002, is filed; and

5. thereafter the clerk's office shall mail a copy of this order, a copy of the transcript of the sentencing hearing, the Judgment and Commitment Order and the Plea Agreement in the case of *U.S. v. Corey J. Ojeda,* 8:01CR196 to Corey J. Ojeda, 17285-047 at U.S.P. Beaumont, P.O. Box 26030, Beaumont, Texas 77720.

DATED this 1st day of October, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge