IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>COREY J. OJEDA,<br><br>     Defendant. | 8:01CR196<br><br>JUDGMENT |

In accordance with the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. That the Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 39, ("§ 2255 Motion");

2. The § 2255 Motion, ECF No. 39, will be summarily dismissed; and

3. The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 16th day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge