# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>COREY J. OJEDA,<br><br>        Defendant. | 8:01CR196<br><br>AMENDED JUDGMENT |

IT IS ORDERED:

1. That the Court completed initial review of Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 39;

2. For the reasons stated in the Memorandum and Order of this date, the § 2255 Motion, ECF No. 39, is time-barred and summarily dismissed;

3. Defendant's Motion of Confirmation of Representation and Request for Briefing Schedule, ECF No. 55, is denied as moot; and

4. The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 26th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge